ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Social Security Administration | Law & Policy
EDMUND DARCHER, WSBA 42906
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy
6401 Security Blvd.
Baltimore, MD 21235
Telephone: (206) 615-2662
Email: edmund.darcher@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE LYNN DOUGLASS,<br><br>        Plaintiff,<br><br>        v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>        Defendant. | CIVIL NO. 2:26-cv-00101-AC<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; [~~PROPOSED~~] ORDER** |

IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-captioned case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  On remand, Defendant will further develop the record as necessary, offer Plaintiff the opportunity for a hearing, and issue a new decision.  The parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated:  May 5, 2026          /s/  *Francesco Benavides*
                             FRANCESCO BENAVIDES
                             Attorney for Plaintiff
                             *Authorized via e-mail on May 5, 2026

                             ERIC GRANT
                             United States Attorney
                             MATHEW W. PILE
                             Head of Program Litigation 1
                             Social Security Administration | Law & Policy

                   By:       /s/ *Edmund Darcher*
                             EDMUND DARCHER
                             Special Assistant United States Attorney

                             Attorneys for Defendant

## [~~PROPOSED~~] ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

DATED: May 5, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

STIPULATION TO REMAND